**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 12, 2023

**MEMO ENDORSED**

**APPLICATION GRANTED**

Hon. Victoria Reznik, U.S.M.J.
Dated: 8/14/2023

<u>VIA EMAIL & ECF</u>

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

Re:   *United States v. Jose Vargas Quero, 23-cr-775-2 (UA)*

Dear Honorable Judge Reznik:

    I write to respectfully request that the Court modify Mr. Vargas Quero's bail conditions, specifically his curfew condition be modified so that it is at the direction of his Pre-Trial Officer based on his work schedule.

    Mr. Vargas Quero had been out on bond since his arrest in February. One of his release conditions includes a curfew requiring him to be home from the hours of 9pm to 7am. *See* ECF Doc. 6 ¶ 7(p)(i). He resides in the District of Massachusetts and is supervised by that office. His supervising officer in that District, Erin Hennemann, reports that he has been fully compliant with his release conditions. He recently acquired employment at a restaurant, which would require him to be at work beyond the time of the curfew. Therefore, I am requesting that the curfew condition be modified so that it would be at the direction of his Pre-Trial Officer based on his work schedule.

    I have contacted the Government, through Assistant United States Attorney Shaun Werbelow, who has no objection to this request. I was contacted by Mr. Vargas Quero's Pre-trial Officer, Erin Hennemann, as well as his officer in this District, Andrew Abbott, and neither object to this modification.

  Therefore, Mr. Vargas Quero requests that his curfew condition be modified so that the curfew is at the direction of his supervising officer to accommodate his work schedule. Thank you for your time and consideration.

             Respectfully submitted,

             Elizabeth K. Quinn
             Assistant Federal Defender

cc: Shaun Werbelow, AUSA
   Andrew Abbott, PTO
   Erin Hennemann, PTO